IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:11CV00020 SWW |
| IMG MARKETING, INC., d/b/a IMG MARKETING and IMG Total Solutions; and JERRY EDWARD RILEY | * * | |

**ORDER**

The Court held a hearing in this case on February 7, 2011, which was originally scheduled for the purpose of taking up Plaintiff's motion for appointment of a receiver. Shortly before the hearing convened, Timothy J. Gifford, counsel for defendants IMG Marketing, Inc. and Jerry Edward Riley, moved to appear *pro hac vice*, and filed motions to dismiss and a motion to postpone a hearing on whether to appoint a receiver. Mr. Gifford was also present at the hearing.

As stated from the bench, attorney Gifford's motion to appear *pro hac vice* is granted; a decision on Plaintiff's motion for appointment of a receiver will be postponed until defendants' motions to dismiss have been resolved; and by agreement of the parties, the temporary restraining order issued in this case is converted into a preliminary injunction.

IT IS THEREFORE ORDERED that attorney Timothy J. Gifford's application to appear in this case *pro hac vice* (docket entry #18) is GRANTED. Attorney Gifford is hereby admitted to the bar of this Court for the purpose of appearing in this case as counsel for defendants.

1

IT IS FURTHER ORDERED that defendant IMG Marketing, Inc.'s motion for postponement of hearing (docket entry #22) is GRANTED.

IT IS FURTHER ORDERED that the temporary restraining order issued in this case on January 21, 2011 (docket entry #7) is hereby converted into a preliminary injunction by agreement of the parties.

IT IS SO ORDERED THIS 15TH DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE